IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:20-CV-02702 |
| 7127 SPENCER ASSOC., LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ERIC GARCIA ("Plaintiff") and Defendant, 7127 SPENCER ASSOC., LLC ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 19th day of October, 2020.

                                              Law Offices of
                                              THE SCHAPIRO LAW GROUP, P.L.

                                              /s/ Douglas S. Schapiro
                                              Douglas S. Schapiro, Esq.
                                              Southern District of Texas ID No. 3182479
                                              The Schapiro Law Group, P.L.
                                              7301-A W. Palmetto Park Rd., #100A
                                              Boca Raton, FL 33433
                                              Tel: (561) 807-7388
                                              Email: schapiro@schapirolawgroup.com

                                              Attorney for Plaintiff

/s/ Carl 'Bo' Dawson
Carl 'Bo' Dawson, Esq.
*Attorney for Defendant*
Texas Bar No. 05599100
Southern District ID 16860
Ryan & Dawson
770 South Post Oak Lane, Suite 600
Houston, TX  77056
Tel:  (713) 960-1555
Email:  cdawson@rdlaw.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479