UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 20, 2020
David J. Bradley, Clerk

| | |
|---|---|
| Erik Garcia, | § |
|        Plaintiff, | § |
| versus | §     Civil Action H-20-2702 |
| 7127 Spencer Assoc., LLC, | § |
|        Defendant. | § |

# Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on October **20**, 2020, at Houston, Texas.

                                                 Lynn N. Hughes
                                           United States District Judge